1  Jason A. James (Bar No. 265129)
   jjames@mmhllp.com
2  Grant E. Ingram (Bar No. 242785)
   gingram@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   1000 Wilshire Boulevard, Suite 1860
4  Los Angeles, California 90017-2457
   Telephone: (213) 620-0300
5  Facsimile: (213) 625-1930

6  Attorneys for Defendant
   THE PRUDENTIAL INSURANCE COMPANY OF
7  AMERICA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA SPEER, | Case No. 2:21-cv-08439 JAK (RAOx) |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and INSIGHT DIRECT USA, INC. LONG TERM DISABILITY PLAN, | Judge: Hon. John A. Kronstadt |
| | Complaint Filed: October 25, 2021 |
| Defendants. | |

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

178174.1

Case No. 2:21-cv-08439 JAK (RAOx)
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE

IT IS HEREBY STIPULATED, by and between Plaintiff AMANDA SPEER and Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  December 28, 2021

Frank N. Darras
Susan B. Grabarsky
Phillip S. Bather
DARRAS LAW

By:  */s/ Susan B. Grabarsky*
Susan B. Grabarsky
Attorneys for Plaintiff
AMANDA SPEER

Dated:  December 28, 2021

Jason A. James
Grant E. Ingram
MESERVE, MUMPER & HUGHES LLP

By:  */s/ Grant E. Ingram*
Grant E. Ingram
Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

### Filer's Attestation-Local Rule 5-4.3.4(a)(2)(i)

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

178174.1

1

Case No.  2:21-cv-08439 JAK (RAOx)
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE